

# Famighetti & Weinick PLLC

68 South Service Road, Ste. 100
Melville, New York 11747
(631) 352-0050
mbw@fwlawpllc.com

February 7, 2014

**VIA ECF**

The Honorable Margo K. Brodie
United States District Judge United States
District Court Eastern District of New York
225 Cadman Plaza East
Room N 626
Brooklyn, NY 11201

      Re: <u>CTC v. The Long Beach City School District</u>
         No. 09 Civ. 5309 (MKB)(GRB)

Dear Judge Brodie:

   I had entered an appearance on behalf of Plaintiff in the above-referenced matter. Pursuant to Local Civil Rule 1.4, I write to respectfully request an order directing that my appearance be withdrawn as an attorney of record for Plaintiff in this matter.

   I am no longer affiliated with Leeds Brown Law, P.C.; however, the firm will continue to represent Plaintiff in this matter. Thank you for Your Honor's attention to this matter.

        Respectfully submitted,

        _____/s/_____
        Matthew Weinick

_____
SO ORDERED