# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

*Attorneys at Law*

June 20, 2014

**<u>Via ECF and First Class</u>**

Honorable Judge Margo K. Brodie
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *C. C.; et al. v. The Long Beach City School District, et al.*
           <u>Docket No.: 09-CV-5309 (DRH)(ARL)</u>

Your Honor:

      We represent the Plaintiffs in the above-reference matter. Pursuant to Your Honor's Individual Practices and Rules we have enclosed "courtesy copies" of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment:

1. Declaration in Opposition to Defendants' Motion for Summary Judgment;
2. Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment; and
3. Plaintiff's Rule 56.1 Counterstatement of Material Facts.

      If Your Honor has any questions, please contact the undersigned.

                                          Respectfully submitted,
                                          Leeds Brown Law, P.C.

                                          David H. Rosenberg, Esq.
                                          *Attorneys for the Plaintiffs*

Cc: Samantha Velez (via ecf)