...

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
```
CHRISTOPHER CAMAC, and TONI LYNN                     JUDGMENT
CAMAC, both individually and on behalf of their       09-CV- 5309 (MKB)
son, C.T.C., an infant under 17 years of age,

                      Plaintiffs,

   -against-

THE LONG BEACH CITY SCHOOL DISTRICT,
DR. ROBERT GREENBERG, individually and in
his official capacity, AUDREY GOROPEUSCHEK,
individually and in her official capacity, and AMA
DARKEH, individually and in her official capacity,

                      Defendants.
```
---------------------------------------------------------------X
```

        A Memorandum and Order of Honorable Margo K. Brodie. United States District Judge, having been filed on February 27, 2015, adopting the Report and Recommendation of Magistrate Judge Gary R. Brown, dated February 3, 2015; and granting Defendants' motion for summary judgment in its entirety; and dismissing the complaint; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted in its entirety; and that the complaint is dismissed.

Dated: Brooklyn, New York                                    Douglas C. Palmer
       February 27, 2015                                      Clerk of Court

                                                      by:    */s/ Janet Hamilton*
                                                              Deputy Clerk