**EXHIBIT B**

# LH Reporting Services, Inc.

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

# Invoice

**Bill To:**
Rutherford & Christie
369 Lexington Avenue
8th Floor
New York, NY 10017
Attn: Samantha Velez, Esq.

| Date | Invoice No |
|---|---|
| 02/05/14 | 13303 |

**CLAIM/FILE NO:** 5001.165

| Court Reporter | Job Date |
|---|---|
| Jos | 01/14/14 |

| Description | Pages | Amount |
|---|---|---|
| Dr. Nyapati Rao Transcript | 22 | 121.00 |
| Attendance of Reporter (a.m.) | | 30.00 |
| Delivery or Postage and Handling | | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE | | 0.00 |
| | | |
| CAMAC V. LONG BEACH SCHOOL DISTRICT | | |
| | | $166.00 |

**Payments** $0.00

**Balance Due** $166.00

# LH Reporting Services, Inc.                                    Invoice

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

| Bill To: |
|---|
| Rutherford & Christie |
| 369 Lexington Avenue |
| 8th Floor |
| New York, NY 10017 |
| Attn: Samantha Velez, Esq. |

| Date | Invoice No |
|---|---|
| 02/05/14 | 13305 |

| CLAIM/FILE NO. |
|---|
| 5001.165 |

| Court Reporter | Job Date |
|---|---|
| Jos | 01/21/14 |

| Description | Pages | Amount |
|---|---|---|
| Dr. Meenatchi Ramani Transcript | 46 | 253.00 |
| Attendance of Reporter (a.m.) | | 30.00 |
| Delivery or Postage and Handling | | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE | | 0.00 |
| | | |
| CAMAC V. LONG BEACH SCHOOL DISTRICT | | |
| | | $298.00 |

Payments  $0.00

Balance Due  $298.00

# LH Reporting Services, Inc.

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

# Invoice

**Bill To:**
Rutherford & Christie
369 Lexington Avenue
8th Floor
New York, NY 10017
Attn: Meredith Renquin, Esq.

| Date | Invoice No. |
|---|---|
| 12/16/13 | 13090 |

| Claim/File No. |
|---|
| 5001.165 |

| Court Reporter | Job Date |
|---|---|
| Kry | 11/25/13 |

| Description | Pages | Amount |
|---|---|---|
| Charles Tyler Camac Transcript | 113 | 536.75 |
| Attendence of Reporter (a.m. & p.m.) |  | 60.00 |
| Delivery or Postage and Handling |  | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE |  | 0.00 |

CAMAC V. THE LONG BEACH CITY SCHOOL DISTRICT

Total: $611.75

Payments: $0.00

**Balance Due: $611.75**

# LH Reporting Services, Inc.

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

**Bill To:**
Rutherford & Christie
369 Lexington Avenue
8th Floor
New York, NY 10017
Attn: Samantha Velez, Esq.

# Invoice

| Date | Invoice No. |
|---|---|
| 12/16/13 | 13134 |

| Claim/File No. |
|---|
| 5001.165 |

| Court Reporter | Job Date |
|---|---|
| Kry | 11/18/13 |

| Description | Pages | Amount |
|---|---|---|
| Christopher Camac Transcript | 116 | 551.00 |
| Attendence of Reporter (a.m. & p.m.) | | 60.00 |
| Delivery or Postage and Handling | | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE | | 0.00 |
| | | |
| CAMAC V. THE CITH OF LONG BEACH | | |
| | | $626.00 |

Payments: $0.00

**Balance Due: $626.00**

# LH Reporting Services, Inc.

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

**Bill To:**
Rutherford & Christie
369 Lexington Avenue
8th Floor
New York, NY 10017
Attn: Meredith Renquin, Esq.

# Invoice

| Date | Invoice N |
|---|---|
| 12/16/13 | 13147 |

| CLAIM/FILE NO. |
|---|
| 11/21/13 |

| Court Reporter | Job Date |
|---|---|
| Kry | 11/21/13 |

| Description | Pages | Amount |
|---|---|---|
| Toni Lynn Camac Transcript | 226 | 1,073.50 |
| Attendence of Reporter (a.m. & p.m.) | | 60.00 |
| Delivery or Postage and Handling | | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE | | 0.00 |

EUO OF TONI LYNN CAMAC

Total: $1,148.50
Payments: $0.00
Balance Due: $1,148.50

# LH Reporting Services, Inc.

17 Horse Hill Road
Brookville, NY 11545
(516) 484-2325
Federal ID: 13-3975920

**Bill To:**
Rutherford & Christie
369 Lexington Avenue
8th Floor
New York, NY 10017
Attn: David Rutherford, Esq.

# Invoice

| Date | Invoice No |
|---|---|
| 01/24/14 | 13285 |

**CLAIM/FILE NO:** 5001.165

| Court Reporter | Job Date |
|---|---|
| Jos | 12/27/13 |

| Description | Pages | Amount |
|---|---|---|
| Dr. Constantine Ionnou Transcript | 22 | 121.00 |
| Dr,. Jagjeet Singh Transcript | 54 | 297.00 |
| Attendence of Reporter (a.m. & p.m.) | | 60.00 |
| Delivery or Postage and Handling | | 15.00 |
| Condensed Transcript, Index, Ascii File-NO CHARGE | | 0.00 |
| | | |
| CAMAC V. LONG BEACH CITY | | |
| | | **$493.00** |

Payments $0.00

**Balance Due** $493.00

# INVOICE

**US LEGAL SUPPORT**
*The Power of Commitment.*

p: 866.876.8757
f: 212-759-6155

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 210472 | 12/30/2013 | 113765 |
| **Job Date** | **Case No.** | |
| 12/10/2013 | | |
| **Case Name** | | |
| Camac et al. v. Long Beach City School District, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Samantha Velez, Esquire
Rutherford & Christie, LLP
369 Lexington Avenue
8th Floor
New York, NY 10017

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert Greenberg     222.00 Pages     777.00
      E-CD Litigation Package     39.00
      E-Transcript - Complimentary     0.00
      Processing & Handling     35.00
      Shipping - Complimentary     0.00

**TOTAL DUE >>>**     **$851.00**
AFTER 2/13/2014 PAY     $936.10

Thank you for your business!

**Tax ID:** 76-0523238

Phone: 212-599-5799    Fax:

*Please detach bottom portion and return with payment.*