**EXHIBIT C**



**Cardinal Claim Service, Inc.**
1025 Old Country Road
Suite 405
Westbury, NY 11590
Phone: 516-931-7585
Fax: 516-931-3068
Tax ID #: **11-1887422**

FINAL

**Rutherford & Christie, LLP**
369 Lexington Avenue
8th Floor
New York, NY 10017

**INVOICE #:** 3083263-2
**INVOICE DATE:** 1/7/2014
**ATTENTION:** Velez, Samantha

## CLAIM INFORMATION

**CLAIM #:** 5001.165
**POLICY #:**
**INSURED:** The Long Beach City School District
**LOSS DATE:**
**CLAIMANT:** Camac, Christopher
**OUR FILE #:** 3083263

## BILLABLE ITEMS

| ITEM | PRICE |
|---|---|
| Field Investigation/Professional Services | $360.00 |
| Mileage | $48.51 |
| Administrative | $72.00 |
| EXPENSES | $109.56 |
| SUBTOTAL: | $590.07 |
| TAX & FEES: | $0.00 |
| PAY THIS AMOUNT: | $590.07 |